IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WALTER C. MIDDLETON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 15 C 9543 |
| | ) | |
| TOM DART, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM ORDER**

Patrick Deady, the member of this District Court's trial bar who was originally designated to represent pro se prisoner plaintiff Walter Middleton ("Middleton") in his self-prepared action against Sheriff Tom Dart under 42 U.S.C. § 1983, has promptly apprised this Court of his law firm's conflict of interest that requires him to decline that designation. Accordingly the Assistant to Clerk of Court Tom Bruton has provided the name of another trial bar member, J. Patrick Herald of the Baker & McKenzie firm, to act in that capacity. This memorandum order apprises attorney Herald of the following information in connection with that designation:

1. Pages 2 through 4 of this Court's brief November 18, 2015 memorandum opinion and order set out some initial matters to be addressed by Middleton's counsel on his behalf. Because none of those matters had (quite understandably) been undertaken by attorney Deady before his withdrawal from the case, attorney Herald will be expected to pursue those matters at his early convenience.

2. As stated at the end of the November 18 opinion, the initial status hearing in this action is to be held at 9 a.m. January 22, 2016.

                                                                       _____
                                                                       Milton I. Shadur
                                                                       Senior United States District Judge

Date: November 30, 2015